Case 1:26-cv-04883-PKC Document 14 Filed 07/23/26 Page 1 of 1

GLENN AGRE BERGMAN & FUENTES

L. Reid Skibell
rskibell@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 970-1600

July 23, 2026

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Conference Adjourned
From: July 31, 2026
To: August 31, 2026 at 10:00 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 7-23-26
Call-In # - 1-855-244-3970
Access Code - 2305 8103970 #

Re: *Maxim World Limited v. Avendra, LLC*
Case No. 1:26-cv-04883 (PKC)

Dear Judge Castel:

I represent plaintiff Maxim World Limited ("Maxim World") in this action. Pursuant to this Court's Individual Practice Rule 1.C, Plaintiff writes to request adjournment of the initial pretrial conference scheduled to occur on July 31, 2026, as well as associated deadlines to submit the Civil Case Management Plan and joint letter.

As the Court is aware, Maxim World initiated this case on June 9, 2026, *see* Complaint, Dkt No. 1; and Defendant waived service of the Complaint on June 10, 2026, *see* Waiver of Service of Summons, Dkt No. 8. On June 10, 2026, the Court scheduled the initial pretrial conference for July 31, 2026, and ordered the undersigned to email the Court a proposed Civil Case Management Plan & Scheduling Order no later than July 24, 2026 ("5 business days before the conference"). *See* Initial Pretrial Conference Order, Dkt No. 5.

Plaintiff now seeks a 30-day adjournment of the initial pretrial conference and associated Civil Case Management Plan and joint letter deadlines. Plaintiff seeks this extension given that Maxim World will be transitioning to new counsel in this matter, and this extension will help facilitate the process. Plaintiff has not previously sought adjournment or extension with regards to either of these deadlines. Plaintiff's counsel has conferred with defense counsel, who does not oppose this request.

Sincerely,

L. Reid Skibell

cc: All Counsel of Record (via ECF)