NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

LAWRENCE H. POCKERS
DIRECT DIAL: +1 215 979 1153
PERSONAL FAX: +1 215 689 3761
*E-MAIL:* LHPockers@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

August 24, 2026

**VIA ECF**

Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

**Re: Maxim World Limited v. Avendra, LLC, 26-cv-04883-PKC**

Your Honor:

We represent Defendant Avendra, LLC ("Avendra") in the above-captioned lawsuit. We submit this joint letter, along with counsel for Plaintiff Maxim World Limited ("Maxim"), in connection with the Initial Pretrial Conference currently scheduled for **August 31, 2026 at 10 a.m.**, pursuant to paragraph 2 of this Court's Initial Pretrial Conference Order. (ECF No. 5).

On August 3, Plaintiff's counsel filed a motion to withdraw as counsel in this matter due to a breakdown in the relationship between Glenn Agre Bergman & Fuentes LLP and Maxim. (ECF Nos. 19, 20). The motion, which was accompanied by a motion to seal (ECF Nos. 17, 18), further details the nature of Glenn Agre's request. Although Maxim disputes Avendra's characterization of the allegations in the complaint set forth below, Plaintiff's counsel remains uncomfortable taking positions on Maxim's behalf regarding litigation deadlines or responses to Avendra's anticipated motion to dismiss arguments. It respectfully submits that the Court should defer consideration of such issues until the motion to withdraw is decided or Maxim appoints replacement counsel.

**Avendra's Brief Description of the Case**

Avendra is a centralized group purchasing organization that provides hospitality procurement services. Complaint, ECF No. 1 at ¶ 14. Maxim is a United Kingdom-based

DuaneMorris



supplier of hospitality products, specializing in the design and manufacture of products for hotels, restaurants, and similar businesses. *Id*. at ¶ 13. On or about February 21, 2018, Maxim entered into a Supplier Agreement with Avendra, whereby Avendra "designate[d]" Maxim "as a preferred supplier" in the provision of "room small wares and other goods." *Id*., Ex. A, Supplier Agreement ("Suppl. Agmt.") at 1. Through its Preferred Supplier program, Avendra "cause[s] [Operators] to purchase the preponderance of their requirements for goods and services in categories selected by the [Operators] from" members of Avendra's Preferred Supplier program, *i.e.* suppliers like Maxim. *Id.* at § 1(b). Avendra "provides customer support, including making available timely purchasing data, analysis and the like, to assist [Operators] in complying with th[e purchase requirements] and in building positive relationships with Avendra's suppliers, including [Maxim]." *Id.* Avendra was to "list [Maxim] in the Client Information Portal in order to present [Maxim] to [its Client-Operators]." *Id.* at ¶ 1(e). Under the Supplier Agreement, Avendra "ma[de] no representation or warranty that any individual [Client-Operator] will in fact purchase any determined quantity of [p]roducts. . ." *Id.* at § 1(h). Simply put, it was up to Maxim to take advantage of the opportunities provided to it by participating in Avendra's Preferred Supplier program.

The evidence will show that Maxim failed to do so. Maxim repeatedly and materially breached the Supplier Agreement, including by failing to pay Avendra amounts due to it. Maxim's performance got progressively worse, to the point where Avendra began working with Maxim in May 2025 on a Performance Improvement Plan. Despite Avendra's best attempts to collaborate with Maxim to remedy Maxim's many performance issues, Maxim's problems persisted, resulting in Avendra eventually terminating the Supplier Agreement for cause. The principal balance owed by Maxim to Avendra is approximately $200,000, not including interest or attorneys' fees and costs, which Avendra is entitled to under the Supplier Agreement. *Id.* at § 10(c). Instead of paying the amounts it owes to Avendra, Maxim chose to file this lawsuit alleging that Avendra's non-existent breaches and other allegedly tortious conduct somehow caused Maxim's own failures.

**<u>Avendra's Contemplated Motions</u>**

On August 3, 2026, Avendra filed a Letter Motion for Leave to File a Motion to Dismiss, (ECF No. 16), which remains pending before this Court. Avendra will be filing Counterclaims seeking payment of the amounts due to it. Avendra anticipates filing an affirmative Motion for Summary Judgment on its Counterclaims and on any of Maxim's remaining claims.

**<u>Avendra's Position on Settlement</u>**

Avendra believes the prospects for settlement are dim.

We look forward to the Initial Pretrial Conference.

Respectfully submitted,

DUANE MORRIS LLP

*s/ Lawrence H. Pockers*
Lawrence H. Pockers

LHP