UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAXIM WORLD LIMITED,
Plaintiff,

26-cv-4883 PKC)

-against-

ORDER

AVENDRA, LLC,

Defendant.
-----------------------------------------------------------x

CASTEL, Senior District Judge:

Lindsey Reid Skibell (the "Attorney") has moved to withdraw as counsel to plaintiff Maxim World Limited (the "Client"). For good cause shown, the application to withdraw will be granted.

**PLAINTIFF MAXIM WORLD LIMITED IS ADVISED THAT, BECAUSE IT IS NOT A NATURAL PERSON, IT IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT.**

**IF, BY SEPTEMBER 28, 2026, FAILS TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE. THIS MEANS THE CASE WILL BE OVER AND WILL RECOVER NOTHING.**

**THE AUGUST 31 CONFERENCE IS ADJOURNED TO OCTOBER 14, 2026 AT 2:00 P.M. IN COURTROOM 11D IN THE DANIEL PATRICK MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007.**

The Attorney shall serve this Order on the Client and file an affidavit of service within five (5) days. The motion for leave to withdraw (ECF 19) is GRANTED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 27, 2026